IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Jennifer Garnett,** | ) |
| Plaintiff, | ) |
| | ) Case No. 3:14-cv-02017 |
| v. | ) |
| | ) Judge William J. Haynes |
| **Altaquip, LLC,** | ) |
| | ) Magistrate Judge John S. Bryant |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal R. Civ. Proc. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action, with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted:

*/s/ Stephen Crofford*
Stephen Crofford (#12039)
Mary Parker (#6016)
PARKER AND CROFFORD
1230 2nd Ave. S.
Nashville, TN 37210
Telephone: 615.244.2445
Facsimile: 615.255.6037
Attorneys for Plaintiff
Jennifer Garnett

*/s/ C. Eric Stevens*
C. Eric Stevens, Bar No. 010632
estevens@littler.com
Joycelyn Stevenson, BPR No. 21710
jstevens@littler.com
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323
Attorneys for Defendant
Altaquip, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July 2015, the foregoing was filed electronically through the ECF system, and sent electronically to the registered participants identified on the Notice of Electronic Filings as Plaintiff's counsel of record as follows:

Stephen Crofford
Mary Parker
PARKER AND CROFFORD
1230 2nd Ave. S.
Nashville, TN 37210

                                              */s/ C. Eric Stevens*
                                              C. Eric Stevens