IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER GARNETT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:14-cv-02017 |
| | ) Senior Judge Haynes |
| ALTAQUIP, LLC, | ) |
| Defendant. | ) |

### ORDER

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 16). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs.

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 20th day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge